# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 13-31027

United States Court of Appeals
Fifth Circuit

**FILED**

September 18, 2014

Lyle W. Cayce
Clerk

HARRY JACKSON,

> Plaintiff - Appellant

v.

JANET NAPOLITANO, SECRETARY, DEPARTMENT OF HOMELAND SECURITY,

> Defendant - Appellee

Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 3:11-CV-22

Before KING, GRAVES, and HIGGINSON, Circuit Judges.

PER CURIAM:*

This is an appeal of the district court's denial of Harry Jackson's motion for recusal and grant of summary judgment to the Department of Homeland Security in an action for wrongful termination on the basis of racial discrimination and retaliation. This court has considered the appeal on the

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 13-31027

basis of the briefs, the record, and oral argument.  Having done so, we affirm, essentially for the reasons stated by the district court.

AFFIRMED.